UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SAMUEL SIMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5494** |
| **ASSUMPTION PARISH SHERIFF OFFICE, ET AL.** | **SECTION "J"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Samuel Sims's 42 U.S.C. § 1983 claims against defendants Assumption Parish Sheriff's Office, the Assumption Parish Detention Center, the nursing staff, Deputy Lealand Falcon, Deputy Bruce Prejean, and Nurse Frannie are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Sims's § 1983 claim against defendant Deputy Charles Johnson for the alleged taking of $600 are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915, § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

Sims's remaining § 1983 claims against Deputy Johnson for false arrest and use of excessive force on July 17, 2022, are allowed to proceed forward and remain referred to a Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 22nd day of November, 2023.

                                                  **CARL J. BARBIER**
                                                  **UNITED STATES DISTRICT JUDGE**